# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
# Civil Cover Sheet

**Plaintiff(s):** UNITED STATES OF AMERICA

**Defendant(s):** TERRANCE THORNTON

**County of Residence:**

**County of Residence:** TAZEWELL

**Plaintiff's Address:**
1) AUSA
2) Susan M. Haling
United States Attorney's Office (NDIL)
219 South Dearborn Street, Suite 500
Chicago, IL 60604

**Defendant's Attorney:**
Terrance Thornton
#16077-424
Pekin - FCI
P.O. Box 5000
Pekin, IL 61555

**FILED**
JUL 01 2008 YM
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [ ] 3. Federal Question (U.S. gov't. not a party)
- [✓] 2. U.S. Government Defendant
- [ ] 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**
Plaintiff:
Defendant:

08CV3758
JUDGE ZAGEL
MAGISTRATE JUDGE SCHENKIER

**Origin:**
- [✓] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded From Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred From Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 510 Motion to vacate

**Cause of Action:** 28:2255

**Jury Demand:** [ ] Yes [✓] No

**Signature:** A. E. Woodham
**Date:** 07/01/2008

03CR482-1

zagel
needs Mag. Jdl.