UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| *Plaintiff-Respondent,* | ) | |
| | ) | No.  08 C 3758 |
| v. | ) | 03 CR 482 |
| | ) | |
| Terrance Thornton, | ) | Hon. James B. Zagel |
| *Defendant-Petitioner.* | ) | |

## ATTORNEY DESIGNATION

Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney


By:  /s/ Jason A. Yonan
     Jason A. Yonan
     Assistant United States Attorney
     219 South Dearborn Street, 5th Floor
     Chicago, Illinois 60604
     (312) 353-4156


Dated: July 16, 2008

## CERTIFICATE OF SERVICE

    I, Jason A. Yonan, an Assistant United States Attorney, hereby certify that I have caused a copy of the foregoing Attorney Designation to be served upon Petitioner-Defendant at the following address:

        Terrance Thornton
        #16077-424
        Pekin-FCI
        P.O. Box 5000
        Pekin, IL 61555

by placing said copy in the United States mail in a first-class, postage-paid envelope on July 16, 2008.

        /s/ Jason A. Yonan
        _____

        Jason A. Yonan
        Assistant United States Attorney